UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION


Youssouf Ousmane Abdourahmane,          Case No. 3:15-cv-1072

         Petitioner

v.

         ORDER

Loretta Lynch,

         Respondent


         Petitioner filed for a writ of habeas corpus on May 28, 2015. Following service of the petition, the Respondent filed for dismissal of the petition. In the motion, Respondent noted the Petitioner was released from custody on July 21, 2015, to the Bureau of Immigration and Customs Enforcement, United States Department of Homeland Security. (Doc. No. 5-3).

         There was no response to the motion for dismissal or Magistrate Judge George Limbert's August 26, 2015 Report and Recommendation in which he recommends dismissal of the case. I agree.

         As aptly noted by the Respondent, an individual's release from federal custody generally moots a request for habeas relief. *Lane v. Williams*, 455 U.S. 624, 632 (1982). In this case, Petitioner's claim for relief charged his removal to the Central African Republic was not reasonably foreseeable. Petitioner has now been released from custody and in the absence of any allegations of collateral consequences, his petition is moot.

Accordingly, the August 26, 2015 Report and Recommendation (Doc. No. 6) is adopted as the Order of this Court and Respondent's motion to dismiss (Doc. No. 5) is granted. This case is closed.

So Ordered.

s/ Jeffrey J. Helmick
United States District Judge